UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | )   Case No. 4:23-CV-1312 |
| | ) |
| vs. | ) |
| | ) |
| LESLIE SUTTON, | )   **JURY TRIAL DEMANDED** |
| | ) |
|     Defendant. | ) |

## ENTRY OF APPEARANCE

Come now Brown & James, P.C. and Justin A. Hardin and enter their appearance as attorneys of record for defendant Leslie Sutton in the above-captioned matter.

*/s/ Justin A. Hardin*
Justin A. Hardin, #57555MO
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
Phone: (314) 421-3400
Fax: (314) 421-3128
jhardin@bjpc.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was served by the Court's electronic filing system on this 17th day of October, 2023, on the counsel of record listed below.

Joseph A. Ott
Mark E. Blankenship, Jr.
3544 Oxford Blvd.
Maplewood, MO 6343
joe@ott.law
mark@ott.law
***Attorneys for Plaintiff***

                              */s/ Justin A. Hardin*
                              Justin A. Hardin, #57555MO

29507035.1