UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| vs. | ) | Circuit Court of City of St. Louis |
| | ) | Cause No.: 2322-CC06234 |
| LESLIE SUTTON, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

### NOTICE TO PLAINTIFF OF FILING NOTICE OF REMOVAL

TO THE ABOVE-NAMED PLAINTIFF OR MR. JOSEPH OTT AND MR. MARK E. BLANKENSHIP, JR., OTT LAW FIRM, 3544 OXFORD BOULEVARD, MAPLEWOOD, MISSOURI 63143, HIS ATTORNEYS OF RECORD:

You are hereby notified that on the 17th day of October, 2023, Defendant Leslie Sutton filed in the United States District Court for the Eastern District of Missouri, Eastern Division, the attached Notice of Removal.

*/s/ Justin A. Hardin*
Justin A. Hardin, #57555MO
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
Phone: (314) 421-3400
Fax: (314) 421-3128
jhardin@bjpc.com

Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served by the Court's electronic filing system on this 17th day of October, 2023, on the counsel of record listed below.

Joseph A. Ott
Mark E. Blankenship, Jr.
3544 Oxford Blvd.
Maplewood, MO 6343
joe@ott.law
mark@ott.law
***Attorneys for Plaintiff***

>   */s/ Justin A. Hardin*
>   Justin A. Hardin, #57555MO

29505173.1