**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-cv-01312-SEP |
| | ) |
| LESLIE SUTTON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Federal Rule of Civil Procedure 10(a) provides that the "title of the complaint must name all the parties." Rule 17(a) requires an action to be "prosecuted in the name of the real party in interest." Those rules create a "strong presumption against allowing parties to use a pseudonym." *G.C. v. Automated Benefit Servs., Inc.*, 2022 WL 4130796, at *1 (E.D. Mo. Sept. 12, 2022) (quoting *W.G.A. v. Priority Pharmacy, Inc.*, 184 F.R.D. 616, 617 (E.D. Mo. 1999)). Therefore, Plaintiff is ordered to file a request for leave to proceed under a pseudonym. Plaintiff "must provide case law and factual support for [his] request." *Id.* at *2. In the alternative, Plaintiff may file an amended complaint, identifying the real party in interest.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a request for leave to proceed under pseudonym no later than Friday, November 3, 2023. In the alternative, Plaintiff shall file an amended complaint, identifying the real party in interest, no later than Friday, November 3, 2023. Failure to do so will result in the Court dismissing this action without prejudice for failure to follow this Court's Order.

Dated this 20th day of October, 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE