IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
| v. | )    Case No. 4:23-cv-01312-SEP |
| | ) |
| LESLIE SUTTON | ) |
| | ) |
|    Defendant | ) |

## ENTRY OF APPEARENCE

COMES NOW, Joseph Ott, an attorney at Ott Law Firm, and enters his appearance on behalf of Plaintiff John Doe.

Respectfully submitted,

**OTT LAW FIRM**

_____
Joseph A. Ott, #67889
Mark E. Blankenship Jr., #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone:  (314) 293-3756
Facsimile:   (314) 689-0080
joe@ott.law
mark@ott.law
*Attorneys for Plaintiff*

1