**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   Case No. 4:23-cv-01312-SEP |
| | ) |
| LESLIE SUTTON, | ) |
| | ) |
|     Defendant. | ) |

**ORDER OF DISMISSAL**

For the reasons set forth in the Memorandum and Order entered on March 20, 2025,

**IT IS HEREBY ORDERED** that Counts I and V are **DISMISSED** without prejudice.

Dated this 25th day of March, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE