IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOHN DOE
        Plaintiff/Counterclaim Defendant,

Case No. 4:23-cv-01312-SEP

vs.

LESLIE SUTTON

        Defendant/Counterclaim Plaintiff

**PLAINTIFF/COUNTERCLAIM DEFENDANT JOHN DOE'S
MOTION TO DISMISS
COUNT I, COUNT II, COUNT IV, AND COUNT V OF
DEFENDANT/COUNTERCLAIM PLAINTIFF LESLIE SUTTON'S
COUNTERCLAIM**

Comes now Plaintiff /Counterclaim Defendant Doe, by and through undersigned counsel, and hereby files his Motion to Dismiss Counts I-II, and IV-V of Defendant/Counterclaim Plaintiff Sutton's Counterclaim, along with his Memorandum in Support of his Motion to Dismiss.

Respectfully Submitted,

**OTT LAW FIRM**

*/s/ Mark Edward Blankenship Jr.*
Joseph A. Ott, #67889
Mark E. Blankenship Jr., #73123
3544 Oxford Blvd
Maplewood, MO 63143
Phone: (314) 293-3756
Fax: (314) 689-0080
joe@ott.law
mark@ott.law

1

*Attorneys for Plaintiff/*
*Counterclaim Defendant*

## CERTIFICATE OF SERVICE

I caused a copy of the forgoing to be served upon all counsel of record this 18th Day of April 2025 through electronic mail.

Justin A. Hardin, #57555MO
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
Phone: (314) 421-3400
Fax: (314) 421-3128
jhardin@bjpc.com
*Attorneys for Defendant/*
*Counterclaim Plaintiff*

*/s/ Mark E. Blankenship Jr.*

2