Leslie Sutton, St. Louis, MO.

Home  About  Updates

This website details the ongoing civil litigation against Leslie Sutton in St. Louis, Missouri for allegedly violating RSMo 573.110 - Nonconsensual dissemination of private sexual images.

Image-based sexual abuse.

Taking and sharing intimate pictures of someone else without their consent is a form of sexual abuse. It is a form of sexual violence. On this website and on this blog therefore, I allege that Leslie Sutton is both a perpetrator of sexual abuse and sexual violence.

The popularized term "revenge porn" fails to do justice to the reality that revenge as a motivation often has little or nothing to do with why someone takes and disseminates pictures of someone else. Offenders might be motivated by a range of factors beyond revenge: financial gain, the desire for power or control over the victim, the desire to coerce or harass the victim, or the desire for fame, social status or notoriety. In addition, the emphasis on "revenge" shifts the focus away from the harm done, using victim-blaming language. Calling it "revenge porn" also minimizes the many forms that image-based sexual abuse can take.

What happened?

I allege that:

- On at least two occasions, Leslie Sutton distributed intimate pictures of me without my knowledge or consent.
- One at least one occasion, Leslie Sutton took and distributed intimate pictures of me without my knowledge or consent.
- On at least one occasion, Leslie Sutton commercially distributed and sold intimate pictures of me online without my knowledge or consent.

As a result of these repeated alleged perpetrations of harm by Leslie Sutton, I increasingly identify with the label of a victim-survivor of image-based sexual abuse given the significant long-term effects that her actions have wrought.

Why post publicly?

In the words of prolific trans author, artist, and restorative justice practitioner Kai Cheng Thom, "survivors have the right to tell their stories, names attached, regardless of the outcome." In Thom's case, she opted not to name her abusers in part because they were mostly men of colour and the prospect that they would be brutalized or killed by the police was too great.

I have no such qualms. I am a racialized non-binary person of mixed Indian-Iranian descent with brown skin and a traditionally Muslim name in a predominantly white and historically wealthy field. English is not my first, second, or even third language.

In contrast, Leslie Sutton is a white non-binary woman with immense academic and educational privilege, working in cancer research at a prestigious post-secondary institution; a fact she is not modest about sharing. She is steeped in the (English) language and praxis of social justice, community solidarity, and mutual aid. And yet, here we are.

Read the lawsuit →



Leslie Sutton, St. Louis, MO.

The contents of this website contain allegations that have not been proven in court. Copies of relevant documents are made available for accessibility and to substantiate claims made.