Case: 4:23-cv-01312-SEP     Doc. #: 31-2     Filed: 04/18/25     Page: 1 of 2 PageID #: 251

Leslie Sutton, St. Louis, MO.                                    Home  About  Updates

Oct 16   -   Written By John Doe
# Naming your (alleged) abuser.

I have already written about Leslie Sutton and her alleged perpetration of sexual abuse and sexual violence. While "alleged" is a particularly insulting word to have to use for something I *know* happened and to be true, it must remain, at least for now.

What I turn to now is the way that internet-based identities provide safe harbour to (alleged) abusers to hide from the consequences of their actions. In the absence of meaningful or expedient justice from the civil or criminal legal systems, victim-survivors are left only with the prospect of publicly naming our (alleged) abusers in the hopes that their communities will hold them accountable. So far, it seems that Leslie's community has not held her accountable, instead rallying around her.

For that reason, I intend to list the various online identities Leslie Sutton uses. They're particularly relevant because it's under these identities that here alleged abuse was perpetrated. **It was through these accounts that she disseminated private sexual images of me.** I name these accounts, past and present, in the hopes that maybe her online communities will opt to hold her accountable. Because to date, she has done nothing to demonstrate accountability in her praxis.

The alleged abuse didn't just come from Leslie Sutton the person; it also come in her various personas: Goddess Faye, Deus Seraph, and Succubitch Faye. Given that the images Leslie Sutton non-consensually shared contained my face alongside my identifying



Leslie Sutton, St. Louis, MO.

information, I'm making the conscious decision to identify her accounts by name. Every account I know or can recall.

**Leslie Sutton on X (formerly Twitter)**

@PlxntBxbe

@t1tlef1ght

@ServeSuccubitch

@DeusSeraph [deleted]

@SuccubitchFaye [deleted]

@GoddessFayeee [suspended for rule violations]

**Leslie Sutton on Bluesky**

plxntbxbe.bsky.social

succubitch.bsky.social

Case: 4:23-cv-01312-SEP   Doc. #: 31-2   Filed: 04/18/25   Page: 2 of 2 PageID #: 252

Leslie Sutton on Instagram

@PlxntBxbe

Leslie Sutton on Mastodon

PlxntBxbe@mas.to

LeslieSutton@fediscience.org

Succubitch@kinkyelephant.com

Leslie Sutton on OnlyFans

https://onlyfans.com/servesuccubus/

Leslie Sutton on SextPanther

https://sextpanther.com/SuccubitchFaye/

Leslie Sutton on LoyalFans

https://www.loyalfans.com/succubitchfaye/ [suspended for rule violations]

https://www.loyalfans.com/DeusSeraph/ [suspended for rule violations]

John Doe

Papers served.   >

Leslie Sutton, St. Louis, MO.

The contents of this website contain allegations that have not been proven in court. Copies of relevant documents are made available for accessibility and to substantiate claims made.