LoyalFans.com  >  Requests

# Requesting to Terminate My Account

 **Deus Seraph**
a few seconds ago

Hi!

I'm trying to remove an image that was a purchased PPV message to a subscriber from the servers of the platform, and it seems the only way to go about that is to terminate my account. I'd like to proceed with the account termination with the promise that the content will be removed from the platform servers.

I requested that something could be done regarding the presence of the image on user Gggregson112's account in an email from goddessfayeee@gmail.com June 29th, 2023 that stated the following:

> The contents of the image include another person who has requested to have it removed from the site in its entirety as they do not consent to the image being on the site, violating content standard 11.6 in the Loyalfans Terms and Conditions.
>
> The message was with user GGGregson112
>
> @gggregson112 dated Dec 29, 2022. I can no longer access it to report it and flag it for removal. Let me know what can be done to resolve this.

I have yet to receive a response.

Due to this, I want my creator account (@DeusSeraph) to be terminated within the next 30 days.

📎 **lf email.pdf**
200 KB · Download



Your request was successfully submitted.

| Requester | Deus Seraph |
|---|---|
| Created | Today at 18:09 |
| Last activity | Today at 18:09 |
| Id | #101864 |
| Status | Open |
| Priority | — |

**Attachments**

📎 **lf email.pdf**
200 KB · Download