# AFFIDAVIT OF SERVICE

| Case: 2322-CC06234 | Court: 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS | County: ST LOUIS, MO | Job: 9521463 (23-SMCC-9500) |
|---|---|---|---|
| Plaintiff / Petitioner: JOHN DOE | | Defendant / Respondent: LESLIE SUTTON | |
| Received by: Pro Serve | | For: OTT LAW FIRM | |
| To be served upon: LESLIE SUTTON | | Court Date: | |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** LESLIE SUTTON, HOME: 4347 LAFAYETTE AVE APT 1E, ST LOUIS, MO 63110
**Manner of Service:** Personal/Individual, Sep 17, 2023, 1:31 pm CDT
**Documents:** SUMMONS IN CIVIL CASE REQUEST FOR APPOINTMENT OF PROCESS SERVER, PETITION, PARTIES AND FACTS A,B AND C WITH COUNTS 1-5

**Additional Comments:**
1) Unsuccessful Attempt: Sep 15, 2023, 4:04 pm CDT at HOME: 4347 LAFAYETTE AVE APT 1E, ST LOUIS, MO 63110
Been by there four times. It's a four family flat. Common door is locked and no intercom or doorbell to contact residents.

2) Successful Attempt: Sep 17, 2023, 1:31 pm CDT at HOME: 4347 LAFAYETTE AVE APT 1E, ST LOUIS, MO 63110 received by LESLIE SUTTON.

Tim Moore  9/18/23
329

Subscribed and sworn to before me by the affiant who is personally known to me.
Cathy Straub
Notary Public
9/18/2023   2/05/2025
Date   Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - CITY OF ST. LOUIS - September 18, 2023 - 12:10 PM



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC06234 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JOHN DOE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3407 S. JEFFERSON AVE.<br>SAINT LOUIS, MO 63118 | |
| Defendant/Respondent:<br>LESLIE SUTTON | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** LESLIE SUTTON
Alias:
4347 LAFAYETTE AVE APT 1E
SAINT LOUIS, MO 63110

**SPECIAL PROCESS SERVER**

COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____September 4, 2023_____      _____/s/ Thomas Kloeppinger_____
Date                                Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____       _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____   _____
                           Date                  Notary Public

**Sheriff's Fees, if applicable**
Summons                              $_____
Non Est                              $_____
Sheriff's Deputy Salary
Supplemental Surcharge               $   10.00
Mileage                              $_____ (_____ miles @ $_____ per mile)
Total                                $_____

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-21) SM30 (SMCC) For Court Use Only: Document ID # 23-SMCC-9500  1 of 1 (2322-CC06234)   Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo