UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:23-CV-1312 |
| | ) |
| vs. | ) |
| | ) |
| LESLIE SUTTON, | ) |
| | ) |
| Defendant. | ) |

**JOINT PROPOSED SCHEDULING PLAN**

The parties agree to the following Joint Proposed Scheduling Plan:

1. The parties agree that this case should be assigned to Track 2.

2. The parties shall be allowed until **July 28, 2025** to join additional parties without Leave of Court and to amend the pleadings without Leave of Court.

3. Discovery plan: The parties propose the following discovery plan:

    a. The parties shall make their initial disclosures pursuant to Fed. R. of Civ. P. 26(a)(1) by **June 30, 2025**;

    b. The parties agree that discovery need not be conducted in phases or limited to certain issues;

    c. The parties agree that expert witnesses' identities and reports will be disclosed as follows:

       i. Plaintiffs will identify all expert witnesses, and shall provide the reports required by Rule 26(a)(2), no later than **October 14, 2025**. Plaintiff's expert witnesses shall be made available for depositions, and have depositions completed, no later than **November 28, 2025**;

        ii. Defendant shall identify its expert witnesses and shall provide the reports required by Rule 26(a)(2) no later than **January 12, 2026.** Those witnesses shall be made available for depositions, and have depositions completed, no later than **February 26, 2026**.

    d. The parties agree that the presumptive limit of ten (10) depositions per side and twenty-five (25) interrogatories per party should apply to this case. Leave may be sought for additional interrogatories or depositions if necessary.

    e. All discovery shall be completed by **April 13, 2026.**

4. Regarding referral to alternative dispute resolution, the parties agree that this may be appropriate, and the parties suggest a referral date of **November 28, 2025**.

5. The deadline for filing any dispositive motions shall be **May 28, 2026**.

6. This case should be ready for trial by **September 28, 2026,** and the parties estimate that this matter will take 3 days to try to verdict.

**SO ORDERED:**

_____
**THE HONORABLE SARAH E. PITLYK**

**Date:**

_____

**CERTIFICATE OF SERVICE AND**
**CERTIFICATE OF COMPLIANCE WITH RULE 55.03(a)**

The undersigned hereby certifies that the above and foregoing pleading was filed electronically with the above-captioned Court, with notice of case activity to be generated and sent electronically by the Clerk of said Court to: /s/ Justin A. Hardin, #57555MO, 800 Market Street, Suite 1100, St. Louis, MO 63101, Phone: (314) 421-3400; Fax: (314) 421-3128; jhardin@bjpc.com, Pursuant to Rule 55.03(a), the undersigned further certifies that he signed an original of this pleading and that an original of this pleading shall be maintained for a period not less than the maximum allowable time to complete the appellate process.

/s/_____
Joseph A. Ott
Mark E. Blankenship, Jr.
3544 Oxford Blvd.
Maplewood, MO 6343
joe@ott.law
mark@ott.law
***Attorneys for Plaintiff***