IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE<br><br>Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>LESLIE SUTTON<br><br>Defendant/Counterclaim Plaintiff | Case No. 4:23-cv-01312-SEP |

**PLAINTIFF/COUNTERCLAIM DEFENDANT JOHN DOE'S
NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO
DISMISS COUNTS I-II, IV-V AND MOTION TO STRIKE ATTORNEY FEES**

Comes now Plaintiff/Counterclaim Defendant Doe, by and through undersigned counsel, and for his Notice of Supplemental Authority in Support of His Motion to Dismiss Counts I-II, IV-5 and Motion to Strike Attorney Fees states the following:

1. On April 4, 2025, Defendant/Counterclaim Plaintiff Sutton filed her Counterclaim Petition against Plaintiff/Counterclaim Plaintiff Doe.

2. On April 18, 2025, Plaintiff/Counterclaim Defendant Doe filed his Motion to Dismiss Counts I-II and IV-V and a Motion to Strike Attorney's Fees.

3. E.D. Mo. L.R. 4.01(B) states:

> Except as otherwise provided in these rules or by order of the Court, each party opposing a motion (other than a motion seeking an extension of time) must file, within fourteen (14) days after service of the motion, a single memorandum containing any relevant argument and citations to authorities on which the party relies. If any memorandum in opposition requires consideration of facts

1

not appearing in the record, the party must file with its memorandum all documentary evidence relied upon. Each opposition to a motion seeking an extension of time must be filed within seven (7) days after service of the motion.

4. In *Suitter v. G4S Secure Solutions*, 2025 WL 1219735 at *1 (E.D. Mo. Apr. 28, 2025), the court granted Defendants' motion to dismiss after Plaintiff failed to file any response in opposition to dismissal for over two months. *See also Jackson v. Utility Workers of America, Local 640*, 2024 WL 4581514 at * 1 (Oct. 25, 2024); *Jones v. Chevrolet*, 2024 WL 5056351 at *1 (E.D. Mo. Dec. 10, 2024).

5. Nearly two months have passed since Plaintiff/Counterclaim Defendant Doe filed his Motion to Dismiss Counts Defendant Counterclaim Plaintiff Sutton's Counterclaim Petition.

## CONCLUSION

Based on the foregoing, Plaintiff/Counterclaim Defendant Doe respectfully request that the Court GRANT:

a. His Motion to Dismiss Counts I-II and IV-V of Defendant/Counterclaim Plaintiff Sutton's Counterclaim for failure to state a claim; and

b. His Motion to Strike Attorney Fees.

Respectfully Submitted,

**OTT LAW FIRM**

*/s/ Mark Edward Blankenship Jr.*
Joseph A. Ott, #67889
Mark E. Blankenship Jr., #73123
3544 Oxford Blvd
Maplewood, MO 63143
Phone: (314) 293-3756
Fax: (314) 689-0080
joe@ott.law
mark@ott.law
*Attorneys for Plaintiff/*
*Counterclaim Defendant*

3

## CERTIFICATE OF SERVICE

I caused a copy of the forgoing to be served upon all counsel of record this 16th Day of June 2025 through electronic mail.

Justin A. Hardin, #57555MO
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
Phone: (314) 421-3400
Fax: (314) 421-3128
jhardin@bjpc.com
*Attorneys for Defendant/*
*Counterclaim Plaintiff*

*/s/ Mark E. Blankenship Jr.*

4