UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff/Counterclaim-Defendant, ) | Case No. 4:23-CV-1312 |
| ) | |
| vs. ) | |
| ) | |
| LESLIE SUTTON, ) | |
| ) | |
| Defendant/Counterclaim-Plaintiff. ) | |

**RESPONSDENT'S MOTION FOR EXTENSION TO FILE REPLY**

COMES NOW Plaintiff/Counterclaim-Defendant Doe, along with assigned counsel, and hereby requests a 7-day extension to file his Reply in Support of his Motion to Dismiss Certain Counts of Defendant/Counterclaim-Plaintiff Sutton's Counterclaim Petition. Plaintiff/Counterclaim-Defendant Doe has received consent from opposing counsel. *See* Exhibit 1.

Respectfully Submitted,

**OTT LAW FIRM**

*/s/ Mark Edward Blankenship Jr.*
Joseph A. Ott, #67889
Mark E. Blankenship Jr., #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
joe@ott.law
mark@ott.law
*Attorneys for Plaintiff/*
*Counterclaim Defendant Doe*

1

## CERTIFICATE OF SERVICE

I caused a copy of the forgoing to be served upon all counsel of record this 7th Day of July 2025 through electronic mail.

Justin A. Hardin, #57555MO
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
Phone: (314) 421-3400
Fax: (314) 421-3128
jhardin@bjpc.com
*Attorney for Defendant/*
*Counterclaim Plaintiff Sutton*

                                                   */s/ Mark E. Blankenship Jr.*