

Mark Blankenship <mark@ott.law>

# Doe v. Sutton
1 message

**Mark Blankenship** <mark@ott.law>                                                                 Mon, Jul 7, 2025 at 8:42 PM
To: "Hardin, Justin" <jhardin@bjpc.com>
Cc: Joseph Ott <joe@ott.law>

Hi Justin:

This email is to confirm your consent to a one-week extension to us filing our reply to your memo in opposition to our dismissal.

We'll look into what images are available on our end. Based upon our conversation, you indicated that Ms. Sutton has no one images in her possession.

Finally, I indicated to you the dilemma regarding the Medical Records Authorization Form and the possibility of needing intervention from a Canadian court. We will definitely look further into this issue.

- Mark E. Blankenship Jr.