IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE SUTTON<br><br>Defendant | Case No.   4:23-cv-01312-SEP |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW Mark E. Blankenship Jr., an attorney at Ott Law Firm, and hereby requests leave to withdraw as counsel. Beginning in August 2025, Mr. Blankenship will be joining the full-time faculty as an Assistant Professor of Law (Tenure-track) at St. Thomas University Benjamin L. Crump College of Law. Attorney Joseph A. Ott will remain as assigned counsel on the case.

Respectfully submitted,

**OTT LAW FIRM**

*Mark Edward Blankenship Jr*
_____
Mark E. Blankenship Jr., #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone:  (314) 293-3756
Facsimile:   (314) 689-0080
mark@ott.law
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 30th day of July, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, using the Court's electronic filing system, which will send notification of the following to all counsel of record.

                                                   */s/ Mark Edward Blankenship Jr.*