UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JON DOE<br><br>  Plaintiff/<br>  Counterclaim-Defendant,<br><br>v.<br><br>LESLIE SUTTON<br><br><br>  Defendant/<br>  Counterclaim-Plaintiff. | Case No. 4:23-CV-1312 |

## ENTRY OF APPEARANCE

COMES NOW Dariya S. Kucheryaba., an attorney at Ott Law Firm, and hereby enters her appearance on behalf of Plaintiff/Counterclaim-Defendant Jon Doe in the above captioned matter.

Respectfully Submitted,

**OTT LAW FIRM**

/s/ Dariya S. Kucheryaba
_____

Joseph A. Ott, #67889
Dariya S. Kucheryaba #76678
3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
joe@ott.law
dariya@ott.law
*Attorneys for Plaintiff/Counterclaim Defendant*

1