UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOHN DOE

      Plaintiff(s),

vs.

LESLIE SUTTON

      Defendant(s).

Case No. 4:23-cv-01312-SEP

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated September 26, 2025 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Thomas Magree

Firm Name and Address:
MILES MEDIATION & ARBITRATION
500 N. Broadway
Suite 1800
Saint Louis, mo 63102

Telephone & FAX Number: (314) 231-4642

**The attorneys of record in this case are:**

Name of Lead Counsel: Joseph A. Ott; Dariya S. Kucheryaba

Firm Name and Address:
OTT LAW FIRM
3544 Oxford Avenue,
Maplewood, MO 63143

Telephone & FAX Number: (314) 303-9360

Name of Other Counsel: Justin Hardin

Firm Name and Address:   BROWN & JAMES
800 Market St., Suite 1100
Saint Louis, MO 63101

Telephone & FAX Number:   (314) 206-3044

**The completion deadline for this ADR referral is**  December 5, 2025

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:   October 20                            20 2025

Time of Conference:   09:30 AM                              a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location:   500 N. Broadway, Suite 1800, Saint Louis, MO 63102
Hybrid with Plaintiff appearing online via Zoom.

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

September 26, 2025

Date

/s/ Joseph A. Ott

/s/ Dariya S. Kucheryaba

Signature of Plaintiff(s)

/s/ Justin A. Hardin

Signature of Defendant(s)