UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) No. 4:23-CV-01312-SEP ) |
| LESLIE SUTTON, et al., | ) ) |
| Defendant(s). | ) ) ) |

**NOTICE OF APPOINTMENT OF NEUTRAL**

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo. L. R. 6.03, the Clerk of the court hereby notifies

Name of Neutral/Firm:   MAGEE, THOMAS J.

Firm Address:   MILES MEDIATION & ARBITRATION 500 N. Broadway Suite 1800 Saint Louis, MO 63102

Email:   tmagee@heplerbroom.com

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel:   Joseph A. Ott (for pla)
OTT LAW FIRM
3544 Oxford Boulevard
Maplewood, MO  63143
Ph: 314-303-9360  FAX:

Other Counsel:   Justin A. Hardin (for dft)
BROWN AND JAMES PC - St. Louis
Bank of America Plaza
800 Market Street, Suite 1000
St. Louis, MO  63101
Ph: 314-421-3400  FAX: 314-421-3128

**The completion deadline for this ADR referral is December 5, 2025.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

<u>September 30, 2025.</u>         <u>*Nathan M. Graves*                    /</u>
Date                               Clerk of Court

                                   By:   <u>/s/ Kayla Zenon         /</u>
                                         KAYLA ZENON
                                         Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )  No. 4:23-CV-01312-SEP |
| | ) |
| LESLIE SUTTON, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties [☐ did  ☐ did not] achieve a settlement. ***Check one***

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____   Neutral: _____

MAGEE, THOMAS J.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )   No. 4:23-CV-01312-SEP |
| | ) |
| LESLIE SUTTON, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference.  The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

Name (printed):                                              Email address:

_____                   _____

_____                   _____

_____                   _____

_____                   _____

_____                   _____

_____                   _____

_____                   _____

_____                   _____

Date_____   Neutral_____