**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

JOHN DOE,                                    )
                                             )
      Plaintiff,                        )
    v.                                   )
                                             )      Case No. 4:23-cv-01312-SEP
LESLIE SUTTON,                               )
                                             )
      Defendant.                        )

## ORDER TO SHOW CAUSE

On May 21, 2026, the Court held a hearing and granted Defendant's Motion for Reconsideration of Court's Order Allowing Plaintiff to Proceed Under a Pseudonym, Doc. [56]. In that hearing, as further reflected in the Minute Entry, the Court stated that "Plaintiff will have 30 days to file an amended complaint with no changes other than replacing 'John Doe' with Plaintiff's legal name throughout or to present any argument that a different course of action is warranted to give effect to the Court's ruling.  The Court will not hear any additional argument on the pseudonymity question itself - just about how to give it effect." Doc. [62].  More than 30 days have elapsed and Plaintiff has neither filed an amended complaint nor presented any argument for an alternative course of action to give effect to the Court's ruling.  Plaintiff is ordered to show cause by June 29, 2026, why his Complaint should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to comply with an order of the Court.

Accordingly,

**IT IS HEREBY ORDERED** that, **no later than June 29, 2026**, Plaintiff shall show cause why his Complaint should not be dismissed under Rule 41(b).

Dated this 24th day of June 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE