**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JON DOE<br><br>Plaintiff/<br>Counterclaim-Defendant,<br>v.<br><br>LESLIE SUTTON<br><br>Defendant/<br>Counterclaim-Plaintiff. | Case No. 4:23-CV-1312 |

**<u>PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST INTERROGATORIES</u>**

COMES NOW Plaintiff, Jon Doe, by and through his attorneys, and submit the following answers to Defendant's, further states:

1. State your full name, any other name by which you have ever been known, your current residence address, Social Security number, date and place of birth, current employer, educational background, and marital status.

**<u>ANSWER:</u>**
**Full name: Husayn Jamal, formerly Husayn Aleksander (Aleks) Jamal**

**Current residence address: 1301-199 Rue Laurier, Gatineau, QC, J8X 0C3, Canada**

**Social Security number: N/A – Canada does not have Social Security numbers**

**Date and place of birth: 29 April 1999, Kitchener, Ontario, Canada**

**Current employer: Service administratif des tribunaux judiciaires, Gouvernement du Canada**

**Educational background:**

Exhibit 1

(d) The matters and things stated by the person in the conversation(s) and/or statement(s);

(e) Whether the conversation(s) was oral, written and/or recorded; and

(f) Who has possession of the statement(s) if written and/or recorded.

**ANSWER:**
**The Plaintiff had conversations with his immediate supervisor and the person responsible for personnel security, including security clearances, for the Service administratif des tribunaux judiciaires, Gouvernement du Canada.**

**(a) The dates of these conversations were: September 2024 (exact date unknown); October 16, 2024; March 2025 (exact date unknown); and April 17, 2025.**

**(b) The conversations occurred at the Plaintiff's workplace in the City of Ottawa, Ontario, Canada.**

**(c) The Plaintiff is bound by an oath of secrecy under the *Foreign Interference and Security of Information Act*, RSC 1985, c O-5 and is subject to imprisonment for disclosing the names of individuals with whom they work. As stated above, the persons present were the Plaintiff, the Plaintiff's immediate supervisor, and the person responsible for personnel security, including security clearances, for the Service administratif des tribunaux judiciaires, Gouvernement du Canada.**

**(d) The conversation addressed whether the intimate images in "Set 1" and "Set 2" (as described herein) and the Defendant's counterclaim would affect the Plaintiff's (1) ability to maintain judicial confidences, (2) ability to maintain the security of information including secure compartmented information, (3) loyalty to His Majesty in Right of Canada, and (4) performance at work.**

**(e) The conversations were oral.**

**(f) N/A.**

**In addition, the Plaintiff had conversations with each of the treating medial professionals named in answer to Interrogatory 6 on various dates known to those medical professionals. The matter of the conversations included the Plaintiff's psychological, psychiatric, and emotional state following the acts/omissions alleged to have been done by the Defendant.**

10. With respect to the website LeslieSutton.com, state the following:

(a) The name and address of the person who created the website;

(b) The date the website was created; and

(c) The name and address of the person responsible for posting the content on the website.

**ANSWER:**

**(a) Please see Plaintiff's response to Interrogatory 1.**

**(b) October 1, 2023.**

**(c) Please see Plaintiff's response to Interrogatory 1.**

11. With respect to Plaintiff's online presence on social media sites, including BDSM or other sex-related sites, state the following for each such site:

(a) Plaintiff's username/handle;

(b) The name of the site; and

(c) The length of time Plaintiff has been a member or associated with the site.

**ANSWER:**

| (a) | (b) | (c) |
|---|---|---|
| **maluminsayn** | **X (formerly Twitter)** | **September 2011 to Present** |
| **maluminsayn** | **Instagram** | **Unknown to Present** |
| **maluminsayn** | **Snapchat** | **Unknown to Present** |
| **AleksTaylor514** | **X (formerly Twitter)** | **November 2021 to May 2023** |
| **Aleks791277** | **X (formerly Twitter)** | **May 2023 to Present** |
| **Unable to recall** | **FetLife** | **Unknown to December 31, 2022** |

12. With respect to Plaintiff's participation in BDSM activities, state the following: