UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOHN DOE, )
)
Plaintiff/Counterclaim-Defendant, ) Case No. 4:23-CV-1312
)
vs. )
)
LESLIE SUTTON, )
)
Defendant/Counterclaim-Plaintiff. )

---

VIDEOTAPED ZOOM ORAL DEPOSITION

OF

MADISON WIEGAND-BROWN

(Taken on April 1, 2026 at 12:30 p.m.)

---

Exhibit 3

A Exhibits.
Q So you can see my screen now, correct?
A Yeah.
Q All right. And so, here what has been previously marked as DOE 2, Exhibit DOE 2 is a photograph of Mr. Jamal wearing some type of collar, have you seen that photograph before?
A No, I really don't think so, no.
(Exhibit No. 2 is entered into the record.)
BY MR. HARDIN:
Q Okay. There are a number of other photographs that have been produced in this case --
A I've definitely never seen that one, sorry, but anyway.
Q Okay. This is DOE Exhibit 3, it's -- it's -- I'm going to change the view here. And just to be clear, DOE Exhibit 3 is another photograph of Mr. Jamal, you -- have you ever seen that photograph?
A No.
(Exhibit No. 3 is entered into the record.)
BY MR. HARDIN:
Q Okay. And then within Exhibit 3 are -- it's seven pages, and so, the second page of Exhibit 3 is pretty much the same picture, have you ever seen -- have you ever seen that photograph?
A No.
Q I just want to make sure it's orientated correctly. And

then this is the third page of Exhibit 3, have you ever seen that photograph?
**A No.**
Q The fourth page of Exhibit 3 -- I don't know why these are all orientated differently, have you ever seen that photograph?
**A No.**
Q The fifth page of Exhibit 3, have you ever seen that photograph?
**A No.**
Q The sixth page of Exhibit 3, have you ever seen that photograph?
**A No.**
Q And the seventh page of Exhibit 3, have you ever seen that photograph?
**A No.**
Q Have you ever seen a photograph of Mr. Jamal engaging in any BDSM activity?
**A No.**
Q Have you ever seen a picture of Jamal -- Mr. Jamal, where he was naked with his genitalia exposed or engaging in any sexual activity?
**A Definitely not.**
Q I want to ask you some questions about the effect some of the things Mr. Jamal did have had on Leslie since you are her friend.

**A Uh-huh.**
Q Are you aware that Mr. Jamal created a website with Leslie's name on it?
**A Yes.**
Q And have you accessed that website or -- at some point?
**A Yes.**
Q And that website contained information about her employment, her social media handles, and accused her of sexual abuse; is that right?
**A Yes.**
Q Tell me what you have witnessed, as Leslie's friend, how the publication of that website has affected her?
**A Yeah, I mean, immediately, like, she was immediately very upset. You know, part of the reason that I'd read the complaint is because, and I expect plaintiff knows this, that, like, Leslie doesn't really know any lawyers or anything like that, and so, she hit me up as her only friend that she knows a lawyer to be like, can you read this and like, what's your impression? She was really distraught because, as I think, plaintiff also knew she was applying for graduate school or PhD program at the time, and so, it was like when she's applying for programs that would come up. So it was like, before that we were talking about like her, like Duke materials and stuff like that, you know, like her applications and stuff, and then on top of it, at that time, I don't know, she was definitely**

working multiple jobs, and like she often is, to support herself, and so, there was a lot of concern about her future, as to her career, as to her education, her parents finding out. She had to talk to her parents about it. And then it's like when she's applying for schools or jobs or anything, when you search her name, her full government real name, that comes up. She was -- she was like, you know, scared and upset and helpless kind of feeling. I think she felt helpless because she's not a lawyer, and yeah.

Q She told you that it has kind of had an effect on her life, the worry that she's had?

A I would say, absolutely. I mean, like, this is like, it's like every aspect of her life, and I think perhaps by intent, because it's -- it's a romantic relationship, right? This is a breakup. She -- she had a breakup, okay? Now it's a website. So it's like, it's a romantic relationships with others being put out there, her full name. It's affecting her academic career when she is an excellent student, you know, I'm pretty sure she's doing grad school at Wash U right now, pretty sure it's a PhD program, and then her financial career in that like being able to get a job, whether it's post grad or post doc, or in the interim, is certainly stifled. And then on top of it, you know, it's degrading, humiliating, and can bring up negative tropes about her and her identity and -- yeah, I think it really like -- yeah.