UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOHN DOE, )
)
Plaintiff/Counterclaim-Defendant, ) Case No. 4:23-CV-1312
)
vs. )
)
LESLIE SUTTON, )
)
Defendant/Counterclaim-Plaintiff. )

---

VIDEOTAPED ZOOM ORAL DEPOSITION
OF
DARIAN MARUTH
(Taken on April 1, 2026 at 2:33 p.m.)

---

Exhibit 4

member of three years ago or so, or has it changed?
**A Yes.**
Q It's the same one?
**A Yes.**
Q And who are the members of that group?
**A So it is me, my husband, Jacob Maruth, our -- my other best friend, Elizabeth Francis, and I think that's it. Other members before Alex have since left, so.**
Q Do you know who those other members may have been?
**A It was -- I don't remember his last name, but it was a man named Truman, but he left, I think, in like 2020.**
Q Okay.
**A Yeah.**
Q So just the four or five of you on this chat?
**A Yes.**
Q And what are the types of things that are discussed in this group?
**A Just a little bit of everything, we talk about our lives, we sometimes will rant about things like, you know, our cohorts being messy, or we talk about mental health, games that we like, music that we like, that kind of thing.**
Q And whether it be through this Discord group chat or on Twitter or in any other manner, have you ever seen a photograph of Alex or Mr. Jamal, wherein he was naked or his genitalia was depicted?

A No.
Q Have you ever seen a photograph of Mr. Jamal engaging in any type of BDSM activity?
A No.
Q I'm going to show you -- hopefully I can share my screen appropriately here, what has previously been marked as DOE Exhibit 2, are you able to see that Darian?
A Yes.
(Exhibit No. 2 is entered into the record.)
BY MR. HARDIN:
Q Okay, and that -- you recognize that as Mr. Jamal?
A Yes.
Q Okay. Have you ever seen this photograph that has been marked as Exhibit 2 before I showed it to you on the screen right now?
A I don't think so.
Q And there's been a number of other photographs that have been shared in this litigation, and I'm going to go through them quickly and just wonder if you've ever seen these photographs before. This one was previously marked DOE Exhibit 3, it's page one of that exhibit, have you ever seen that photograph?
A No.
(Exhibit No. 3 is entered into the record.)
BY MR. HARDIN:

Q Okay. And then DOE Exhibit 3, page two is basically the same photograph, page three of DOE Exhibit 3?

**A No.**

Q Have you ever seen that photograph?

**A No, I have not.**

Q And then page four, these are all orientated a little awkwardly, so I have to fix that, have you ever seen DOE Exhibit 3, page four?

**A No, I have not.**

Q How about DOE Exhibit 3, page five?

**A No, I have not.**

Q And DOE Exhibit 3, page six?

**A No.**

Q And then DOE -- the final one, DOE Exhibit 3, page seven?

**A No.**

Q Okay. Tell me what you know about the relationship that Ms. Sutton had with Alex?

**A I knew that she and Alex were in a form of a BDSM relationship, and I knew that there was a contract involved, but the other than that, it was -- we would talk about, like, how he was doing and like, maybe some dates that they went on, but I didn't know, like, the nature of what went on.**

Q You understood that at some point they were romantically involved and were, you know, partners or boyfriend --

**A Yes.**